IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| S.T.A.R. CONCRETE PUMPING § | CASE NO. 11-36328-H1-11 | |
| CO., INC. § | | |
| § | | |
| DEBTOR § | CHAPTER 11 | |

**DEBTOR'S EMERGENCY MOTION TO ALLOW PAYMENT OF PRE-PETITION
CLAIMS RELATED TO EMPLOYEES AND INSURANCE COVERAGE**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

S.T.A.R. Concrete Pumping Co., Inc., Debtor and Debtor-In-Possession in the captioned Chapter 11 case ("Debtor"), hereby files this Emergency Motion to Allow Payment of Pre-Petition Claims, and in support thereof, would respectfully show unto the Court the following:

**A. Factual and Procedural Background**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. Venue is property in this Court pursuant to 28 U.S.C. §§1408 and 1409.

3. On July 27, 2011, ("Filing Date"), Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

4.      Since the Filing Date the Debtor has continued to operate and manage its business pursuant to §§1107 and 1108 of the Bankruptcy Code.

5.      As of the date of this motion, no official committee of unsecured creditors has been appointed.

6.      The Debtor is a Tomball-based company specializing in concrete pumping services. As part of its business operations the Debtor employs approximately 60 persons, all of whom are full time employees.  No single employee is owed in excess of the $11,725 statutory cap imposed by 11 U.S.C. §507(a) for prepetition services rendered.

7.      The Debtor's payroll is administered by ADP.  Payments to ADP are funded by the Debtor's payroll account located at Central Bank (Acct # XXXX6751).  At the time of filing the payroll for the time period of July 17, 2011 to July 23, 2011 in the total aggregate amount of $70,710.61 was due for wages and taxes ("Payroll Claims").  See attached **Exhibit A**.  The Debtor has submitted payment of these amounts to its payroll service on July 26, 2011, but the funds therefore were not drafted from the Debtor's account pre-petition.  The highest wage claim to be paid is approximately $2,400.00, with the average claim being approximately $1,150.00.  A more detailed payroll detail will be provided at any hearing on this motion and is not included herein due to privacy and competitiveness concerns.

8.      As part of its liability insurance coverage the Debtor maintains Worker's Compensation Insurance with Texas Mutual.  As of the petition date the sum of $7,043.00 was due for June and July 2011 insurance premiums ("Worker's Compensation Premiums").  See **Exhibits B** and **C**.

9.      As part of its workers' benefits programs the Debtor maintains health insurance coverage for eligible employees with Blue Cross Blue Shield.  At the time of filing the July 2011

premium for this coverage in the amount of $24,372.53 was due, but unpaid ("Health Insurance Premiums").  See attached **Exhibit D**.

### B.  Request for Payment of Prepetition Claims

10. Pursuant to Bankruptcy Code §§105(a), 363, 507(a), 541, 1107 and 1108, the Debtor requests the authority (but not obligation), in its discretion and in the exercise of its business judgment to pay or continue to pay the following:

> (A) **Payroll Claims**:  In order to preserve the value of the estate and minimize the undue economic hardship that would undoubtedly befall any employee if they were not paid the Debtor requests authority to pay the Payroll Claims.  Also, payment of the Payroll Claims are necessary to maintain employee stability, morale and prevent the likely result in the loss of employees.  Loss of employees will negatively affect the Debtors to meet its current and future contractual responsibilities.  Accordingly the Debtor requests authority to pay the Payroll Claims, including all tax obligations related thereto. The Debtor also requests authority to pay post-petition payroll in the ordinary course of business;

> (B) **Worker's Compensation Premiums**: The Debtor's ability to maintain current jobs and obtain future work is dependent on having appropriate insurance coverage.  Customers will not allow the Debtor onto its jobsite absent adequate insurance.  If the  Worker's Compensation Premiums are not paid coverage will lapse.   Therefore, the Debtor requests authority pay the June and July 2011 Worker's Compensation Premiums.  Post-petition Worker's Compensation Premiums will be paid in the ordinary course of business and the Debtors requests approval thereof;

> (C) **Health Insurance Premiums**:  Payment of this Health Insurance Premium is critical to maintaining health insurance coverage for the Debtor's employees.  Should the payment not be made coverage would lapse leaving workers uncovered by health insurance.  A lapse in health insurance coverage is potentially devastating to employees.  Further, a lack of insurance coverage will likely lead to employees terminating their employment resulting in a loss of experienced help thereby impeding the Debtor's ability to generate income at a critical time.

### C. Emergency Consideration/Hearing Requested

11. Based on the foregoing allegations regarding the immediacy of the payment requests the Debtor posits that an emergency hearing thereon is appropriate, or, alternatively emergency consideration.

WHEREFORE based on the foregoing the Debtor requests that it be allowed to pay the above described pre-petition claims and for such other and further relief to which it may show itself to be entitled.

    Respectfully Submitted,
S.T.A.R. CONCRETE PUMPING CO., INC.

/s/ Marc Douglas Myers
By: _____
Marc Douglas Myers
State Bar No. 00797133
ADAIR & MYERS, P.L.L.C.
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
(713) 522-2270; (713) 522-3322 Fax

## CERTIFICATE OF ACCURACY

I certify that the foregoing motion was filed after a good faith investigation of the facts stated therein.

/s/ Marc Douglas Myers
_____
Marc Douglas Myers

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the Debtor, Counsel for the Debtor, the US Trustee, the twenty largest unsecured creditors and all parties requesting notice via regular US mail, unless otherwise served by the CM-ECF system on July 28, 2011.

/s/ Marc Douglas Myers
_____
Marc Douglas Myers

---

S.T.A.R. Concrete Pumping
Co., Inc.
24223 FM 2978 Road
Tomball, TX 77375

United States Trustee
Attn: Nancy Holley
515 Rusk, Ste 3516
Houston, Texas 77002

People's United Equipment
Finance Corp

c/o Robert Grawl, Jr.
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056

Texas Comptroller
P. O. Box 13528
Austin, Texas 78711

Harris County
c/o Tara Grundemeier
1300 Main, Suite 300
Houston, Texas 77002

Harris County Tax
1300 Main, Suite 300
Houston, Texas 77002

Internal Revenue Service
P. O. Box 21126
Philadelphia PA 19114

707 MANAGEMENT SERVICES, INC.
417A Beryl Street
Redondo Beach CA 90277

BARNES DISTRIBUTION
Dept. CH 14079
Palatine IL 60055-4079

BLUE CROSS BLUE SHIELD OF TEXAS
P.O. Box 660049
Dallas TX 75266-0049

CHERYL JOHNSON
GALVESTON CO TAX ASSESSOR
722 Moody

Galveston TX 77550

CONSTRUCTION FORMS, INC.
PO Box 308
Port Washington WI 53074

CROSBY MECHANICAL SERVICES, INC.
9519 Monroe Street
Houston TX 77075

DON SUMNERS TAX ASSESSOR COLLECTOR
P.O. Box 3547
Houston TX 77253-3547

FUELMAN / FLEETCOR TECHNOLOGIES
P.O. Box 11407, Drawer 0975
Birmingham AL 35246-0975

HERMAN POWER TIRE SERVICE
2308-1 N John Redditt
Lufkin TX 75904

J. SHANE HOWARD TAX ASSESSOR
P.O. Box 2112
Beaumont TX 77704-2112

KRISTEEN ROE, TAX A/C
300 E. WM. J. Bryan Pkwy
Bryan TX 77803-5397

LUBEMASTER CONSTRUCTION
P.O. Box 971269
Dallas TX 75397-1269

PUTZMEISTER ADVANTAGE PLUS
CH Capital, Dept 10460
Palatine IL 60055-0460

SCHAEFFERS SPECIALIZED LUBRICANTS
102 Barton Street
St. Louis MO 63104

SUN COAST RESOURCES, INC.
P.O. Box 202603
Dallas TX 75320

TRUCK PARTS SPECIALISTS
75 Remittance Drive, Suite 1225
Chicago IL 60675-1225

UNIFIRST HOLDINGS, LP
9019 Railwood Drive
Houston TX 77078

WORLD WIDE PARTS & EQUIPMENT
9240 Bryant Street
Houston TX 77075

| Liability Recap | Taxes Debited | | | | |
|---|---|---|---|---|---|
| | Federal Income Tax | | | 8,700.32 | |
| | Earned Income Credit Advances | | | .00 | |
| | Social Security - EE | | | 2,742.05 | |
| | Social Security - ER | | | 4,047.80 | |
| | Social Security Adj - EE | | | .00 | |
| | Medicare - EE | | | 946.63 | |
| | Medicare - ER | | | 946.66 | |
| | Medicare Adj - EE | | | .00 | |
| | COBRA Premium Assistance Payments | | | .00 | |
| | Federal Unemployment Tax | | | 27.71 | |
| | State Income Tax | | | .00 | |
| | State Unemployment Insurance - EE | | | .00 | |
| | State Unemployment/Disability Ins - ER | | | 403.22 | |
| | State Unemployment Insurance Adj - EE | | | .00 | |
| | State Disability Insurance - EE | | | .00 | |
| | State Disability Insurance Adj - EE | | | .00 | |
| | Workers' Benefit Fund Assessment - EE | | | .00 | |
| | Workers' Benefit Fund Assessment - ER | | | .00 | |
| | Local Income Tax | | | .00 | |
| | School District Tax | | | .00 | |
| | **Total Taxes Debited** | Acct. No. **XXX6751** | Tran/ABA **XXXXXXXXX** | **17,814.39** | |
| Other Transfers | ADP Direct Deposit | Acct. No. **XXX6751** | Tran/ABA **XXXXXXXXX** | 48,131.07 | |
| | ADP Check | Acct. No. **XXX6751** | Tran/ABA **XXXXXXXXX** | 3,633.18 | |
| | Wage Garnishments | Acct. No. **XXX6751** | Tran/ABA **XXXXXXXXX** | 1,131.97 | **Total Liability** |
| | **Total Amount Debited From Your Accounts** | | | **70,710.61** | **70,710.61** |
| Bank Debits and Other Liability | Adjustments/Prepay/Voids | | | .00 | 70,710.61 |
| Taxes - Your Responsibility | None This Payroll | | | | 70,710.61 |

**Statistical Summary Recap**  —  ADP  © 1996 Automatic Data Processing, Inc.

STAR  CONCRETE  PUMP  
Company Code: **F29**  
Region Name:  SOUTH CENTRAL  

Batch : **4235**  
Quarter Number: **3**  
Service Center: **062**  

Period Ending : **07/23/2011**  
Pay Date : **07/29/2011**  
Current Date : **07/26/2011**  

Week **30**  
Page   1

| | | | You are responsible for Depositing these amounts | | Amount debited from your account | | | |
|---|---|---|---|---|---|---|---|---|
| **Net Pay** | Checks | | | | 3,633.18 | | | |
| | Direct Deposits | | | | 48,131.07 | | | |
| | **Subtotal Net Pay** | | | | | | 51,764.25 | |
| | Adjustments | | | | .00 | | | |
| | **Total Net Pay Liability (Net Cash)** | | | | | | 51,764.25 | |
| **Taxes** | | | | | | | | |
| **Federal** | Agency | Rate | EE withheld | ER contrib. | EE withheld | ER contrib. | | |
| | Federal Income Tax | | | | 8,700.32 | | | |
| | Earned Income Credit Advances | | | | | | | |
| | Social Security | | | | 2,742.05 | 4,047.80 | | |
| | Medicare | | | | 946.63 | 946.66 | | |
| | Federal Unemployment Tax | | | | | 27.71 | | |
| | **Subtotal Federal** | | | | 12,389.00 | 5,022.17 | 17,411.17 | |
| | Cobra Premium Assistance Payments | | | | | | | |
| | **Total Federal** | | | | 12,389.00 | 5,022.17 | 17,411.17 | |
| **State** | TX State Unemployment/Disability Ins-ER 7.5100 | | | | | 403.22 | | |
| | **Subtotal TX** | | | | | 403.22 | 403.22 | |
| | **Total Taxes** | | .00 | .00 | 12,389.00 | 5,425.39 | 17,814.39 | |
| | **Amount ADP Debited From Account XXX6751** | | Tran/ABA | XXXXXXXX | | | 17,814.39 | Excludes Taxes That Are Your Responsibility |
| **Other Transfers** | ADP Direct Deposit | | | | 48,131.07 | | | 59 Employee Transactions |
| | ADP Check | | | | 3,633.18 | | | |
| | Wage Garnishments | | | | 1,131.97 | | | |
| | **Amount ADP Debited From Account XXX6751** | | Tran/ABA | XXXXXXXX | | | 52,896.22 | |
| **Total Amount ADP Debited From Your Accounts** | | | | | | | 70,710.61 | |

---

**ADP®** © 1996 Automatic Data Processing, Inc.

**Statistical Summary Detail**

STAR CONCRETE PUMP  
Company Code: **F29**  
Region Name: SOUTH CENTRAL

Batch : **4235**  
Quarter Number: **3**  
Service Center: **062**

Period Ending : **07/23/2011**  
Pay Date : **07/29/2011**  
Current Date : **07/26/2011**

Week **30**  
Page   2

**Texas Mutual Insurance**  
**Workers' Comp**

**June 2011**  
**Payroll**

| Class Code | Class Description | | Adj Gross Payroll | Rate | Earned Premium | | | |
|---|---|---|---|---|---|---|---|---|
| 5200 | Operators | $ | 67,958 | 5.30 | 3,602 | 60.60% | $ | 1,787.34 |
| 5213 | | $ | - | 6.75 | - | | | |
| 8227 | Yard | $ | 66,719 | 3.02 | 2,015 | 33.90% | $ | 999.88 |
| 8742 | Salesmen | $ | 53,350 | 0.41 | 219 | 3.68% | $ | 108.54 |
| 8809 | Ex Officers | $ | - | 0.41 | - | | | |
| 8810 | Clerical | $ | 41,434 | 0.26 | 108 | 1.81% | $ | 53.46 |
| | | $ | 229,461 | | 5,943 | 100.00% | $ | 2,949.22 |

| Class Code | Class Description | | | Factor | | | | |
|---|---|---|---|---|---|---|---|---|
| 0930 | Waiver of Subrogation | | 2.00% | 1.0200 | 6,062 | | | |
| 9812 | 1000/1000/1000 Increased Limit | | 2.00% | 1.0200 | 6,183 | | | |
| 9898 | Experience Modifier | | -13.00% | 0.8700 | 5,379 | | | |
| 9887 | Schedule Rating Modification | | -30.00% | 0.7000 | 3,766 | | | |
| 9874 | Health Care Network Discount | | -12.00% | 0.8800 | 3,314 | | | |
| 0063 | Premium Discount | | -11.00% | 0.8900 | 2,949 | | | |

| Month to Date Totals | | Gross | Less 1/3 | Net Wages | Department Totals | | |
|---|---|---|---|---|---|---|---|
| Operators | | 72,238.35 | (4,280.37) | 67,957.98 | 67,957.98 | | |
| Operators Pump | Pump Regular | 59,267.52 | | 59,267.52 | | 59,267.52 | |
| | Pump Overtime | 12,970.83 | (4,280.37) | 8,690.46 | | 12,970.83 | |
| | | | | | | | |
| Maintenance | | 70,012.49 | (3,293.15) | 66,719.34 | 66,719.34 | | |
| | Yard | 31,049.26 | | 31,049.26 | | 60,033.24 | |
| | Yard Overtime | 3,168.97 | (1,045.76) | 2,123.21 | | 9,979.25 | |
| | Salary | - | | - | | | |
| | | | | | | | |
| OperatorsYard | Yard Regular | 28,983.98 | | 28,983.98 | - | | |
| | Yard Overtime | 6,810.28 | (2,247.39) | 4,562.89 | | | 9,979.25 |
| | | | | | | | |
| Sales | Salary | 53,350.02 | | | 53,350.02 | | |
| | | | | | | | |
| G&A | | 41,434.04 | - | 41,434.04 | 41,434.04 | | |
| Dispatch | Salary | 13,963.28 | - | 13,963.28 | 13,963.28 | | |
| | Overtime | - | - | - | - | | |
| Office | Salary | 27,470.76 | | 27,470.76 | 27,470.76 | | |
| | Overtime | - | - | - | - | | |
| | | 237,034.90 | (7,573.53) | 229,461.37 | | | |
| | Verify Gross | 237,034.90 | | - | | | |

STAR Concrete Pumping Company, Inc.          7/28/2011          Page 1

**Texas Mutual Insurance**  
**Workers' Comp**

**July 2011**  
**Payroll**

| Class Code | Class Description | Adj Gross Payroll | Rate | Earned Premium | | | |
|---|---|---|---|---|---|---|---|
| 5200 | Operators | $ 95,040 | 5.30 | 5,037 | 61.05% | $ | 2,499.62 |
| 5213 |  | $ - | 6.75 | - |  |  |  |
| 8227 | Yard | $ 91,804 | 3.02 | 2,772 | 33.60% | $ | 1,375.82 |
| 8742 | Salesmen | $ 74,634 | 0.41 | 306 | 3.71% | $ | 151.85 |
| 8809 | Ex Officers | $ - | 0.41 | - |  |  |  |
| 8810 | Clerical | $ 51,793 | 0.26 | 135 | 1.63% | $ | 66.82 |
|  |  | $ 313,272 |  | 8,250 | 100.00% | $ | 4,094.11 |

| | | | Factor | | |
|---|---|---|---|---|---|
| 0930 | Waiver of Subrogation | 2.00% | 1.0200 | 8,415 | |
| 9812 | 1000/1000/1000 Increased Limit | 2.00% | 1.0200 | 8,584 | |
| 9898 | Experience Modifier | -13.00% | 0.8700 | 7,468 | |
| 9887 | Schedule Rating Modification | -30.00% | 0.7000 | 5,227 | |
| 9874 | Health Care Network Discount | -12.00% | 0.8800 | 4,600 | |
| 0063 | Premium Discount | -11.00% | 0.8900 | 4,094 | |

| Month to Date Totals | | Gross | Less 1/3 | Net Wages | Department Totals | | |
|---|---|---|---|---|---|---|---|
| Operators | | 104,422.85 | (9,382.59) | 95,040.26 | 95,040.26 | | |
| Operators Pump | Pump Regular | 75,990.77 |  | 75,990.77 |  | 75,990.77 | |
|  | Pump Overtime | 28,432.08 | (9,382.59) | 19,049.49 |  | 28,432.08 | |
| Maintenance | | 99,438.43 | (7,634.03) | 91,804.40 | 91,804.40 | | |
|  | Yard | 37,459.00 |  | 37,459.00 |  | 76,305.02 | |
|  | Yard Overtime | 6,323.27 | (2,086.68) | 4,236.59 |  | 23,133.41 | |
|  | Salary | - |  | - |  |  | |
| OperatorsYard | Yard Regular | 38,846.02 |  | 38,846.02 | - |  | |
|  | Yard Overtime | 16,810.14 | (5,547.35) | 11,262.79 |  |  | 23,133.41 |
| Sales | Salary | 74,634.35 |  |  | 74,634.35 | | |
| G&A | | 51,792.56 | - | 51,792.56 | 51,792.56 | | |
| Dispatch | Salary | 17,454.11 | - | 17,454.11 | 17,454.11 | | |
|  | Overtime | - |  | - | - | | |
| Office | Salary | 34,338.45 |  | 34,338.45 | 34,338.45 | | |
|  | Overtime | - | - | - | - | | |
|  |  | 330,288.19 | (17,016.61) | 313,271.58 |  | | |
|  | Verify Gross | 330,288.19 |  | - |  | | |

STAR Concrete Pumping Company, Inc.    7/28/2011    Page 1



## S.T.A.R. Concrete Pumping Co., Inc.
P.O. Box 400
Tomball TX 77377-0400

Date : 07/28/2011
Time : 2:31 PM
Page no. 1

Closing Date : 07/28/11
Sorted by... : Vendor Code
Ranked by... : Vendor Code
* Not Posted

### AGING DETAIL REPORT
### ACCOUNTS PAYABLE

Codes:
I Invoice          P Payment
D Debit            C Credit
F Finance Charge   T Discount Taken

| Invoice No. | Date | Due Date | Code | Amount | Over 90 | 90 days | 60 days | 30 days | Current | Future Due |
|---|---|---|---|---|---|---|---|---|---|---|
| BLUCRO | BLUE CROSS BLUE SHIELD OF TEXAS | | | Health Ins 8/1/08 | | | | (800) 445-2227 | AP Account # 2101 | |
| 2011-07 | 07/01/11 | 07/20/11 | I | 21821.61 | | | | 21821.61 | | |
| 2011-07C | 07/01/11 | 07/20/11 | I | 2550.92 | | | | 2550.92 | | |
| Total | | | | 24372.53 | 0.00 | 0.00 | 0.00 | 0.00 | 24372.53 | 0.00 | 0.00 |
| Grand Total | | | | 24372.53 | 0.00 | 0.00 | 0.00 | 0.00 | 24372.53 | 0.00 | 0.00 |




**BlueCross BlueShield of Texas**

| | | | 0897 |
|---|---|---|---|
| Account: | 028350 - S.T.A.R. CONCRETE PUMPING CO., INC. | | |
| Profile: | 0000453648 - ACTIVE | | |
| Bill Date: | 06-17-2011 | Payment Due Date: 07-01-2011 | |
| Bill Period: | *07-01-2011 to 08-01-2011* | | Page 2 |

Remittance Address:
Attn: Cashier
Health Care Service Corporation
P.O. Box 660049
Dallas, TX 75266-0049

For All Billing Inquiries Call:
800-445-2227

## BILL SUMMARY

| | Date | Activity | Total Due |
|---|---|---|---|
| Previous Amount Billed | | | $46,546.22 |
| **Payments** | | | |
| Online Bill Payment | 06-01-2011 | (23,594.99) | |
| **Adjustments** | | | |
| NONE | | .00 | |
| Total Payments and Adjustments | | | ($23,594.99) |
| Remaining Balance | | | $22,951.23 |
| **Charges** | | | |
| Current Subscriber Fees | | 23,038.35 | |
| Subscriber Fee Adjustments | | (1,216.74) | |
| Total Charges | | | $21,821.61 |
| **Total Amount Due** | | | ~~$44,772.84~~ |



**BlueCross BlueShield of Texas**

## BILL SUMMARY

| | Date | Activity | Total Due |
|---|---|---|---|
| **Previous Amount Billed** | | | $7,157.68 |
| **Payments** | | | |
| Online Bill Payment | 06-01-2011 | (2,550.92) | |
| **Adjustments** | | | |
| NONE | | .00 | |
| **Total Payments and Adjustments** | | | ($2,550.92) |
| **Remaining Balance** | | | $4,606.76 |
| **Charges** | | | |
| Current Subscriber Fees | | 2,550.92 | |
| Subscriber Fee Adjustments | | .00 | |
| **Total Charges** | | | $2,550.92 |
| **Total Amount Due** | | | ~~$7,157.68~~ |

Remittance Address:
Attn: Cashier
Health Care Service Corporation
P.O. Box 660049
Dallas, TX 75266-0049

For All Billing Inquiries Call:
800-445-2227

Account: 028350 - S.T.A.R. CONCRETE PUMPING CO., INC.
Profile: 0000559525 - COBRA
Bill Date: 06-17-2011    Payment Due Date: 07-01-2011
Bill Period: 07-01-2011 to 08-01-2011

5374

Page 2